**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MARK BUCKMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:15-cv-12411-VAR-APP |
| ) | Hon. Victoria A. Roberts |
| MNS & ASSOCIATES, a New York limited ) | |
| liability company; and MICHAEL SHAW, JR.,) | |
| individually ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, MARK BUCKMAN, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, without prejudice, against Defendant, MNS & ASSOCIATES, LLC and

DATED:  October 9, 2015          RESPECTFULLY SUBMITTED,

By: /s/ Michael S. Agruss
Michael S. Agruss
SBN: 6281600
Agruss Law Firm, LLC
4619 N. Ravenswood Ave., Suite 303A
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff